UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| SOUTH CAROLINA ELECTRIC & GAS COMPANY, | ) ) ) | CASE NO.: 9:07-1280-CWH |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| ALSTOM POWER INC., DUKE/FLUOR DANIEL, a Partnership; FLUOR DANIEL ILLINOIS, INC.; DUKE PROJECT SERVICES, INC., FLUOR CORPORATION; and SPECTRA ENERGY CAPITAL, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On Motion of the attorneys for the Plaintiff with the consent of the attorneys for Defendants, and it appearing that the above-entitled case has been settled and compromised, now, therefore, it is

ORDERED that the above-entitled action, including all claims therein asserted by all parties, be and the same are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and it is

FURTHER ORDERED that each party is to bear its own costs.

AND IT IS SO ORDERED.

_____
The Honorable C. Weston Houck
United States District Judge

WE SO MOVE:

WILLS & MASSALON, LLC

By: _____
John A. Massalon  (I.D. #5227)
Christy Ford Allen (I.D. #7549)
Post Office Box 859
Charleston, South Carolina  29402
(843) 727-1144; E-mail:  jmassalon@wills-massalon.com
         and
David E. Montgomery
Scott D. St. Marie
SACKS MONTGOMERY, P.C.
800 Third Avenue, New York, New York  10022
(212) 355-4660

ATTORNEYS FOR PLAINTIFF
SOUTH CAROLINA ELECTRIC & GAS COMPANY
YOUNG CLEMENT RIVERS, LLP



WE CONSENT:

YOUNG, CLEMENT, RIVERS, LLP

By: _____ (ID # 7368)
J. Rutledge Young, Jr. (I.D. #: 4432)
Post Office Box 993, Charleston, South Carolina 29402
(843) 724-6669; E-mail: ryoung@ycrlaw.com
       and
Thomas P. Wilson
KILPATRICK STOCKTON, LLP
1100 Peachtree Street, Atlanta, Georgia 30309-4530
(404) 815-6005; E-mail: twilson@kilpatrickstockton.com

ATTORNEYS FOR THE DEFENDANT
ALSTOM POWER, INC.

WE CONSENT:

PARKER, POE, ADAMS & BERNSTEIN, LLP

By: _____
J. Walker Coleman, IV, Esquire
Parker Poe Adams & Bernstein, LLP
200 Meeting Street, Suite 301
Charleston, SC 29401
(843) 727-2650
     and
Fred T. Lowrance, Esquire
Parker Poe Adams & Bernstein, LLP
401 South Tryon Street
Three Wachovia Center, Suite 3000
Charlotte, NC 28202
(704) 372-9000

ATTORNEYS FOR DEFENDANTS DUKE/FLUOR DANIEL,
FLUOR DANIEL ILLINOIS, INC., DUKE
PROJECT SERVICES, INC, FLUOR CORPORATION,
AND SPECTRA ENERGY CAPITAL, LLC